United States Courts
Southern District of Texas
F I L E D

JUL 09 2019

David J. Bradley, Clerk of Court

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

|  |  |
|---|---|
| Owen Keith Crawford Sr | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| Aramark and | ) |
| Harris County Sheriff's Office Jail | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names. Do not include addresses here.)* | ) |

Case No. _____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.   The Parties to This Complaint

A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                          Owen Keith Crawford Sr.
All other names by which
you have been known:
ID Number                     02338327
Current Institution           Harris County Sheriff's Office Jail
Address                       701 San Jacinto
                              Houston                TX.        77002
                              City                   State      Zip Code

B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                          Harris County Sheriff's Office Jail
Job or Title *(if known)*
Shield Number
Employer
Address                       1200 Baker St.
                              Houston                TX.        77002
                              City                   State      Zip Code
                              ☒ Individual capacity  ☒ Official capacity

Defendant No. 2
Name                          Harris County Sheriff's Office Jail
Job or Title *(if known)*
Shield Number
Employer
Address                       701 San Jacinto
                              Houston                TX.        77002
                              City                   State      Zip Code
                              ☒ Individual capacity  ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**
    Name               ARAMARK
    Job or Title *(if known)*
    Shield Number
    Employer        HARRIS COUNTY SHERIFF'S OFFICE JAIL
    Address         1200 BAKER ST.
                  HOUSTON       TX.     77002
                  *City*            *State*     *Zip Code*
                  [X] Individual capacity    [X] Official capacity

**Defendant No. 4**
    Name               ARAMARK
    Job or Title *(if known)*
    Shield Number
    Employer        HARRIS COUNTY SHERIFF'S OFFICE JAIL
    Address         701 SANJACINTO
                  HOUSTON       TX.     77002
                  *City*            *State*     *Zip Code*
                  [X] Individual capacity    [X] Official capacity

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

     [ ]   Federal officials (a *Bivens* claim)

     [X]   State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I SPECIFECTLY SAY 8TH 5TH 7TH 9TH, 13TH SECTON #1, AND 14TH SECTON# 1 AMENDMENTS ARE BEING VIOLATED. PRICE INFLATION / PRICE GAUGING OF COMMISSARY ALSO THERE IS NO HEALTHY CHOICES AND FAULTY PRODUCTS.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

EACH DEFENDANT ACTED UNDER COLOR OF STATE OR LOCAL LAW BY INFLATING/PRICE GAUGING THE COMMISARY LIST AND BY SELLING DEFECTIVE PRODUCTS.

III.  **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☐  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other *(explain)* _____

IV.  **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

THESE EVENTS AROSE IN HARRIS COUNTY SHERIFF'S OFFICE JAIL BEGENING IN "2016" - 2019" ARAMARK AND HARRIS COUNTY SHERIFF'S OFFICE JAIL HAVE HAS BEEN AND CONTINUE TO INFLATE THE PRICE/ PRICE GAUGE AND SELL DEFECTIVE PRODUCTS TO THIS DAY 6/30/19 THEY ALSO TAKE YOUR MONEY BY: EXAMPLE SAY I ORDER A BAG OF BEANS FOR $4.00 THEY'LL SAY THEY DONT HAVE THE $4.00 BAG AND GIVE YOU THE $3.50 BAG AND KEEP YOUR $.50 WHEN ALL ALONG THE $4.00 BAG REALLY COST ONLY $1.00 OR $2.00.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

From " 2016 " " 2019 "

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

WHAT HAPPENED TO ME? I WAS SOLD DEFECTIVE WAVE CAP AND OVER CHARGED BY PRICE INFLATION AND PRICE GAUGING. WHO DID WHAT ARAMARK AND HARRIS COUNTY SHERIFF'S OFFICE JAIL CONSPIRE TO STEAL MONEY, INFLATE THE PRICES OF EVERY THING ON THE COMISARY LIST AND SALE DEFECTIVE PRODUCT PRODUCTS.

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

THE RELIEF I AM SEEKING IS FOR A CLASS ACTION SUIT TO BROUGHT AGAINST HARRIS COUNTY SHERIFF'S OFFICE JAIL AND ARAMARK AND TO BE FULLY REINBURST FOR ALL MONEY STOLEN BY PRICE INFLATION / PRICE GAUGING AND FROM PURCHISING DEFECTIVE PRODUCTS.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII.    **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought
with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined
in any jail, prison, or other correctional facility until such administrative remedies as are available are
exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not
exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the
events giving rise to your claim(s).

HARRIS COUNTY SHERIFF'S OFFICE JAIL.

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance
procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose
cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose
    concerning the facts relating to this complaint?

    ☒ Yes     (NOTE): JUNE 30, 2019 " GRIEVANCE FILED."

    ☐ No

    If no, did you file a grievance about the events described in this complaint at any other jail, prison, or
    other correctional facility?

    ☐ Yes

    ☐ No     N/A

E.  If you did file a grievance:

    1. Where did you file the grievance?

    HARRIS COUNTY SHERIFF'S OFFICE JAIL

    2. What did you claim in your grievance?

    I STATED THAT I WISH TO BE REINBURSTE FOR
    ALL ITEMS AND PRODUCTS. THAT I HAVE BEEN A VICTIM
    OF THEFT FROM ARAMARK AND HARRIS COUNTY SHERIFF'S
    OFFICE JAIL BY PRICE INFLATION AND PRICE GANGFING AND
    BY THE SALE OF FAULTY PRODUCTS.

    3. What was the result, if any?

    4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If
       not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

    1.  If there are any reasons why you did not file a grievance, state them here:

      N/A

    2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

      N/A

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)       N/A
     Defendant(s)     N/A

2.   Court *(if federal court, name the district; if state court, name the county and State)*
     N/A

3.   Docket or index number
     N/A

4.   Name of Judge assigned to your case
     N/A

5.   Approximate date of filing lawsuit
     N/A

6.   Is the case still pending?

☐ Yes       N/A
☐ No

     If no, give the approximate date of disposition.     N/A

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     N/A

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

     NO.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   N/A

Defendant(s)   N/A

2.   Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.   Docket or index number

N/A

4.   Name of Judge assigned to your case

N/A

5.   Approximate date of filing lawsuit

N/A

6.   Is the case still pending?

☐ Yes

☐ No    N/A

If no, give the approximate date of disposition    N/A

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

**IX.**    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case—related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _07/07/2019_

Signature of Plaintiff    _(signature)_
Printed Name of Plaintiff    OWEN KEITH CRAWFORD SR.
Prison Identification #    02338372        CELL: 2B4
Prison Address    HARRIS COUNTY SHERIFF'S OFFICE JAIL
                        HOUSTON            TX.      77002
                        _City_                  _State_        _Zip Code_

**B.**    **For Attorneys**

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
                        _____
                        _City_                  _State_        _Zip Code_

Telephone Number    _____
E-mail Address    _____

United States Courts
Southern District of Texas
F I L E D

JUL 09 2019

David J. Bradley, Clerk of Court

DEAR MR. DAVID J. BRADLEY   07/07/2019

   I READ IN FORM 1983 THAT IT WAS

OR IS MY RESPONSIBILITY TO KEEP THE

COURT AWARE OF NEW ADDRESSES. SO I AM

MAKING THE COURT AWARE OF MY HOME

ADDRESS AS WELL AS THE NEW CELL BLOCK

NUMBER THAT I AM CURENTLY HOUSED IN.

                    THANK YOU,

                    OWEN KEITH CRAWFORD SR.


HOME ADDRESS: 19839 ARROWSMITH DR

          HUMBLE, TX. 77338

          OWEN KEITH CRAWFORD SR.


INSTITUTION ADDRESS: HARRIS COUNTY SHERIFF'S OFFICE JAIL

          OWEN KEITH CRAWFORD SR

          SPN# 02338322   CELL# 2B4

          701 SAN JACINTO

          HOUSTON, TX. 77002

July 7, 2019

DEAR MR. DAVID J. BRADLEY

   I OWEN KEITH CRAWFORD SR. AM ALSO

INCLUDING A UP TO DATE COMMISSARY MENU

IN WHICH EVERYTHING IS EXTREMLY OVER PRICED

AND I ALSO NOTICE THERE IS NO/T NO

HEALTHY CHOICES, NONE. I ALSO AM INCLUDING

A FULL COPY OF MY INMATE BALANCE HISTORY

REPORT.

                    THANK YOU

                    Owen Crawford Sr.

# Harris County   2/27/2019



## Commissary Menu

### CHIPS & SNACKS

| PLU | | PRICE |
|---|---|---|
| 6001 | Cheetos Crunchy | $ 1.19 |
| 6002 | Cheetos Flamin Hot | $ 1.19 |
| 6008 | Doritos Cool Ranch | $ 1.19 |
| 6009 | Doritos Nacho Cheese | $ 1.19 |
| 6012 | Lays BBQ Potato Chip | $ 1.19 |
| 6015 | Hot Pork Skins | $ 1.19 |
| 6020 | Fritos Corn Chips | $ 1.19 |
| 6021 | Cheetos Jalapeno Cheddar | $ 1.19 |
| 6024 | Kettle Jalapeno | $ 1.19 |
| 6029 | White Cheddar Popcorn | $ 1.19 |
| 6031 | Fritos Chili Cheese | $ 1.19 |
| 6039 | Ruffles Cheddar & Sour Cream | $ 1.19 |
| 6068 | Cheetos Flamin Hot Limon | $ 1.19 |
| 6072 | Peanuts Salted 2oz. | $ 1.19 |
| 6090 | Hot Fries | $ 1.19 |
| 6083 | Cheddar Cheese Goldfish | $ 1.19 |
| 6086 | Chex Mix Traditional | $ 1.19 |
| 6003 | Cheez Its 1.5oz. | $ 1.19 |

| PLU | | PRICE |
|---|---|---|
| 3002 | Maxwell House Coffee IND - 5 pack | $ 1.75 |
| 3004 | Sanka Decaf IND - 5 pack | $ 1.65 |
| 3046 | Vanilla Cappuccino Single | $ 0.69 |
| 3054 | Maxwell House Coffee 4 oz. | $ 7.59 |
| 3070 | Lemonade Drink Single - Cool Off - 10 pk . | $ 2.50 |
| 3071 | Fruit Punch Drink Single - Cool Off - 10 pk | $ 2.50 |
| 3072 | Orange Drink Single - Cool Off - 10 pk | $ 2.50 |
| 3073 | Grape Drink Single - Cool Off - 10 pk | $ 2.50 |
| 3074 | Black Cherry Drink Single Cool Off - 10 pk | $ 2.50 |
| 3076 | Ice Tea Single - Cool Off - 10 pk | $ 2.50 |
| 3116 | Creamer Packets - 5 pk | $ 0.49 |
| 3135 | Mocha Capouccino Drink | $ 0.69 |
| 3135 | Crystal Light Raspberry Ice Drink Mix | $ 0.79 |
| 3221 | Drink Hot Chocolate - Swiss Miss | $ 0.51 |
| 3242 | Sugar Free Hawaiian Punch - 8pk | $ 3.24 |
| 3260 | Premium Freeze Dried Coffee 3 oz. | $ 5.19 |
| PLU | | PRICE |

### BEVERAGES

### FOOD

| PLU | | PRICE |
|---|---|---|
| 3281 | Sugar 100 CT Box | $ 6.00 |
| 3464 | Sugar Substitute 100 CT Box | $ 4.19 |
| 4000 | Double Barrel Meat Stick | $ 1.50 |
| 4001 | Beef & Cheese Stick | $ 1.50 |
| 4004 | Pickle Dill Hot | $ 2.00 |
| 4010 | Oatmeal variety pack Quaker Oats- ea. | $ 0.75 |
| 4019 | Saltines - Sleeve | $ 0.99 |
| 4022 | Flour Tortillas 6 CT | $ 1.79 |
| 4025 | Beef Stew | $ 3.29 |
| 4029 | Refried Beans | $ 2.89 |
| 4070 | Spicy Meat & Jalapeno Cheese Stick | $ 1.50 |
| 4091 | Nacho Cheese Dip | $ 1.99 |
| 4108 | Refried Beans w/ Jalapenos | $ 3.09 |
| 4111 | Instant White Rice | $ 2.19 |
| 4124 | Fast Mac & Cheese | $ 1.19 |
| 4143 | Geisha Sardines in / Hot Sauce | $ 2.79 |
| 4151 | Pickle Dill Kosher | $ 2.00 |
| 4211 | Geisha Tuna 6 oz. | $ 4.25 |
| 4231 | Mackerel Fillets | $ 2.49 |
| 4298 | Big Haus Cajun/Jalapeno Beef Stick | $ 2.99 |
| 4321 | Tortilla Chi-Chi | $ 6.00 |
| 4507 | Butterball Turkey Snack Stick | $ 1.50 |

### SOUPS

| PLU | | PRICE |
|---|---|---|
| 4013 | Ramen - Beef Flavor | $ 0.99 |
| 4014 | Ramen - Chicken Flavor | $ 0.99 |
| 4015 | Ramen - Chili Flavor | $ 0.99 |
| 4016 | Ramen - Picante Beef | $ 0.99 |
| 4330 | Ramen - Cajun Chicken Flavor | $ 0.99 |

### CANDY

| PLU | | PRICE |
|---|---|---|
| 9002 | Atomic Fireballs | $ 1.83 |
| 9003 | Butterfinger | $ 1.51 |
| 9004 | Butterscotch Buttons | $ 1.51 |
| 9006 | Jolly Ranchers | $ 1.72 |
| 9007 | M&M Peanut | $ 1.51 |
| 9011 | Reese's PB Cups | $ 1.51 |
| 9013 | Snickers | $ 1.51 |
| 5120 | Buddy Bars | $ 1.49 |
| 9014 | Starlight Mints | $ 1.51 |
| 9016 | Baby Ruth Bar | $ 1.51 |
| 9017 | Sugar Free Candy - 2 oz. | $ 1.72 |
| 9055 | Sour Balls | $ 1.51 |
| 9101 | Nestle Crunch Bar | $ 1.51 |
| 9128 | Chick - O - Sticks .7 oz. | $ 0.49 |

### CONDIMENTS

| PLU | | PRICE |
|---|---|---|
| 4002 | Cheddar Cheese | $ 0.99 |
| 4007 | Jalapeno Cheese | $ 0.99 |
| 4095 | Hot Pepper Cheese Stick | $ 3.39 |
| 4084 | Habanero Cheese Spread | $ 3.49 |
| 4008 | Grape Jelly | $ 0.49 |
| 4455 | Mayo - 5 pk | $ 1.00 |
| 4011 | Peanut Butter | $ 0.79 |
| 4012 | Picante Sauce - 5 pk | $ 1.30 |
| 4158 | Hot Sauce | $ 1.89 |
| 4164 | Jalapeno Pepper Slices | $ 0.99 |
| 4166 | Mustard - 5 pk | $ 0.50 |
| 4193 | Ranch Dressing | $ 0.69 |
| 4198 | Salt & Pepper Packets - 5 pk | $ 0.49 |
| 4199 | BBQ Sauce Packet - 5 pk | $ 1.00 |
| 4207 | Ketchup Packet - 5 pk | $ 0.50 |

### BOTTLED BEVERAGES

| PLU | | PRICE |
|---|---|---|
| 3025 | Pepsi | $ 1.99 |
| 3026 | Mountain Dew | $ 1.99 |
| 3108 | Diet Pepsi | $ 1.99 |
| 3112 | Cherry Pepsi | $ 1.99 |
| 3168 | Bottled Water | $ 1.21 |
| 3308 | Push Orange Soda | $ 1.49 |
| 3310 | Push Cola | $ 1.49 |
| 3313 | Push Grape Soda | $ 1.49 |
| 3344 | Push Peach Soda | $ 1.49 |
| 3345 | Push Pineapple Soda | $ 1.49 |

### RELIGIOUS ITEMS

| PLU | | PRICE |
|---|---|---|
| 7233 | Kufi Orange | $ 26.35 |
| 7237 | Prayer Rug | $ 35.99 |
| 7362 | Koran | $ 35.99 |

## HEALTH & BEAUTY

| PLU | | PRICE | |
|---|---|---|---|
| 1005 | Contact Lens Case | $ | 1.99 |
| 1015 | Halls Cough Drops (2) | $ | 2.19 |
| 1016 | Lotion | $ | 1.09 |
| 1017 | Hydrocortisone Cream | $ | 2.79 |
| 1018 | Ibuprofen | $ | 0.93 |
| 1035 | Baby Powder 4 oz. | $ | 1.99 |
| 1040 | Palm Hair Brush | $ | 0.82 |
| 1041 | Antacid Tablets (2) | $ | 1.99 |
| 1042 | Anti-Fungal Cream (2) | $ | 3.13 |
| 1050 | Comb w/ Handle | $ | 1.60 |
| 1051 | Mouthwash | $ | 0.99 |
| 1053 | Deodorant  Dial Roll-On | $ | 3.60 |
| 1059 | Foot Powder 4 oz. | $ | 1.47 |
| 1082 | Pomade 4 oz. | $ | 2.49 |
| 1063 | Magic Shave Cream | $ | 6.99 |
| 1079 | Colgate Clear Gel Toothpaste | $ | 4.86 |
| 1086 | Hair Pick | $ | 0.27 |
| 1105 | Face Cream 2 oz. | $ | 2.49 |
| 1112 | Hair Food (Yellow) 4 oz. | $ | 2.49 |
| 1117 | VO5 Balancing Shampoo | $ | 3.78 |
| 1122 | VO5 Extra Body Conditioner | $ | 3.78 |
| 1127 | Toothpaste | $ | 1.09 |
| 1149 | Shave, Shower, Shampoo Gel | $ | 1.49 |
| 1151 | Emery Boards - 1 each | $ | 0.26 |
| 1152 | Non - Aspirin (2) | $ | 0.49 |
| 1155 | Toothbrush Caps | $ | 0.55 |
| 1175 | Acne Medication | $ | 3.50 |
| 1185 | Styling Gel | $ | 2.99 |
| 1186 | 5" Comb | $ | 0.19 |
| 1265 | Hair Ties - Ponytail Holders | $ | 2.19 |
| 1282 | Go Floss -  Floss Loops | $ | 4.99 |
| 1311 | Allergy Tablets (2) | $ | 6.75 |
| 1400 | Contact Lens Solution (2) | $ | 6.48 |
| 1407 | Lip Balm - Chap Ice for Lips (2) | $ | 1.09 |
| 1415 | Dandruff Shampoo | $ | 3.24 |
| 1452 | Toothbrush - short | $ | 0.85 |
| 1457 | Vitamins (2) | $ | 5.49 |
| 7068 | Washcloth | $ | 0.99 |
| 7210 | Du Rags (Wave Cap) | $ | 3.99 |

## FEMALE PRODUCTS

| PLU | | PRICE | |
|---|---|---|---|
| 1009 | Douche | $ | 2.59 |
| 8109 | Sports Bra - 32 | $ | 10.99 |
| 8007 | Sports Bra - 34 | $ | 10.99 |
| 8008 | Sports Bra - 36 | $ | 10.99 |
| 8009 | Sports Bra - 38 | $ | 10.99 |
| 8010 | Sports Bra - 40 | $ | 10.99 |
| 8011 | Sports Bra - 42 | $ | 10.99 |
| 8353 | Sports Bra - 44 | $ | 10.99 |
| 8368 | Sports Bra - 46 | $ | 10.99 |
| 8019 | Panties - 05 | $ | 2.75 |
| 8020 | Panties - 07 | $ | 2.75 |
| 8022 | Panties - 09 | $ | 2.75 |
| 8016 | Panties - 11 | $ | 2.75 |
| 8104 | Panties - 13 | $ | 2.75 |
| 8108 | Panties - 15 | $ | 2.75 |

## COOKIES & PASTRIES

| PLU | | PRICE | |
|---|---|---|---|
| 5005 | Chocolate Cupcakes | $ | 1.69 |
| 5008 | Iced Grand Honey Bun | $ | 1.69 |
| 5012 | Kellogg's Pop Tart Strawberry | $ | 1.49 |
| 5024 | Grandma's Ch. Chip Cookie | $ | 0.99 |
| 5035 | Nature Valley Granola Bar | $ | 1.19 |
| 5258 | Red Velvet Cupcakes | $ | 1.69 |
| 5195 | Brown Sugar Poptarts | $ | 1.49 |
| 5164 | Kellogg's Rice Krispy Treats | $ | 1.39 |
| 5044 | Grandma's P. Butter Cookie | $ | 0.99 |
| 5064 | Danish Claw Cherry Cheese | $ | 1.69 |
| 5092 | Cookies Chocolate Chips | $ | 1.09 |
| 5111 | Crème Cookies Assorted | $ | 0.89 |
| 5115 | Nurti-Grain Strawberry | $ | 1.19 |
| 5208 | Chocolate Donuts | $ | 1.69 |
| 5025 | Cinnamon Roll | $ | 1.59 |

## GENERAL MERCHANDISE

| PLU | | PRICE | |
|---|---|---|---|
| 7003 | Word Search Book | $ | 2.50 |
| 7010 | Playing Cards | $ | 2.25 |
| 7012 | Sketch Pad 8.5 X 11 | $ | 3.99 |
| 7013 | Spanish Dictionary | $ | 1.99 |
| 7016 | Tumbler with Lid (6) | $ | 1.07 |
| 7017 | Bowl with lid (6) | $ | 1.79 |
| 7023 | English Dictionary | $ | 1.79 |
| 7027 | Sudoku Puzzle Book | $ | 1.94 |
| 7033 | Crossword Puzzle Book | $ | 1.94 |
| 7034 | Reading Glasses | $ | 4.69 |
| 7056 | UNO Cards | $ | 21.00 |
| 7073 | Hot Pot | $ | 26.95 |
| 7086 | Brown Envelope | $ | 0.49 |
| 7089 | 8.5 X 14 Lined Writing Pad (10) | $ | 2.75 |
| 7129 | Flex Pen (10) | $ | 0.49 |
| 7140 | Clear File Folder | $ | 2.59 |

## SHOES

| PLU | | PRICE | |
|---|---|---|---|
| 8073 | Shower Shoes - V Strap - S | $ | 2.29 |
| 8074 | Shower Shoes - V Strap - M | $ | 2.29 |
| 8075 | Shower Shoes - V Strap - L | $ | 2.29 |
| 8076 | Shower Shoes - V Strap - XL | $ | 2.29 |
| 8264 | Canvas Shoes - W7/M5 | $ | 6.79 |
| 8265 | Canvas Shoes - W8/M6 | $ | 6.79 |
| 8266 | Canvas Shoes - W9/M7 | $ | 6.79 |
| 8267 | Canvas Shoes - W10/M8 | $ | 6.79 |
| 8268 | Canvas Shoes - W11/M9 | $ | 6.79 |
| 8269 | Canvas Shoes - W12/M10 | $ | 6.79 |
| 8270 | Canvas Shoes - W13/M11 | $ | 6.79 |
| 8271 | Canvas Shoes - W14/M12 | $ | 6.79 |
| 8272 | Canvas Shoes - W15/M13 | $ | 6.79 |
| 8273 | Canvas Shoes - W16/M14 | $ | 6.79 |
| 8086 | Canvas Shoes - W17/M15 | $ | 6.79 |

## INDIGENT/PROCESSING

| PLU | | PRICE | |
|---|---|---|---|
| 2736 | Processing Fee | $ | 0.81 |
| 7500 | Indigent Pack (1) | | |

## POSTAGE

| PLU | | PRICE | |
|---|---|---|---|
| 2000 | Book of ten (10) Stamps - (2) | $ | 5.50 |
| 7019 | Envelope (20) | $ | 0.15 |



Tell your friends and family to send you all your snack favorites and more at **www.icaregifts.com**



U.S. POSTAGE ≫ PITNEY BOWES

$ 000.95⁰
ZIP 77002
02 4W
0000366269 JUL. 08 2019

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name: Owen Crawford Sr.

SPN: 02338322 Cell: 7B4

Street 701 San Jacinto

HOUSTON, TEXAS 77002



aramark

United States Courts
Southern District of Texas
F I L E D
JUL 09 2019
David J. Bradley, Clerk of Court

**INDIGENT**

David J. Bradley
Clerk of Court

P.O. Box 61010

Houston, Tx. 77208